IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LESLIE E. BURTON                                                                           PLAINTIFF

v.                                      5:06CV00299 GH/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                            DEFENDANT

## ORDER

Plaintiff has filed a Motion to Dismiss (docket entry #10) requesting that his appeal be voluntarily dismissed. Defendant has filed a Response (docket entry #11) stating that he has no objection.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (docket entry #10) is hereby GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

DATED this 30th day of March, 2007.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).