IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LESLIE E. BURTON                                                       PLAINTIFF

v.                     5:06CV00299 GH/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this case be dismissed, without prejudice.

DATED this 30th day of March, 2007.

                                                                   /s/ George Howard, Jr.
                                                              UNITED STATES DISTRICT JUDGE